

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00078-CR

BRANDON P. KELLEY                                             APPELLANT

V.

THE STATE OF TEXAS                                           STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1488594R

----------

## MEMORANDUM OPINION[1]

----------

Appellant Brandon P. Kelley pleaded guilty to unlawful possession of a firearm in exchange for two years' confinement and now attempts to appeal this conviction. On March 14, 2017, we notified Appellant that the trial court's certification of his right to appeal states that this is a plea-bargain case, that he has no right of appeal, and that he waived his right of appeal, and we informed

---

[1]See Tex. R. App. P. 47.4.

him that unless he or any party desiring to continue the appeal filed with the court, on or before March 24, 2017, a response showing grounds for continuing the appeal, the appeal would be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We then granted Appellant two extensions to file a response and denied his third extension but ultimately gave Appellant until July 10, 2017, to file a response showing grounds for continuing the appeal.

Because Appellant has not shown grounds for continuing the appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: SUDDERTH, KERR, and PITTMAN, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 27, 2017